OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



April 5, 2024

Stacey L. Barnes
Vikesh N. Patel
William C. Yarbrough III
Kearney McWilliams & Davis
55 Waugh Drive
Suite 150
Houston, TX 77007

John J. Myers
Eckert Seamans Cherin & Mellott
600 Grant Street
44th Floor, US Steel Tower
Pittsburgh, PA 15219

RE: Davison Design & Development Inc v. Mario Scorza
Case Number: 24-1454
District Court Case Number: 2-23-cv-00644

Dear Counsel:

Pursuant to our docketing letter dated **March 13, 2024**, you were requested electronically file or complete the following in the above-entitled case:

**Appearance Form**
**Concise Summary of the Case**
**Information Statement**
**Transcript Purchase Order Form**

The above listed forms must be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936
cc: Justin T. Barron, Esq.